**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES,

                        Plaintiff,

    -against-

ROMAN DEGTEV,

                        Defendant.

------------------------------------- x

ORDER

18 Crim. 509 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: FEB 2 4 2020

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 sentencing is adjourned to June 4, 2020 at 10:00 a.m.

Dated: New York, New York
        February 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge