UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

         -against-

ROMAN DEGTEV,

                       Defendant.

------------------------------------------------------------x

ORDER

18 Crim. 509-30 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 sentencing is adjourned to August 6, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge