**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                    :

          -against-                                             :

                                                 ORDER

ROMAN DEGTEV,                                                :

                                              18 Crim. 509-30 (GBD)

          Defendant.                                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The sentencing of Defendant Roman Degtev will occur as a videoconference using the

CourtCall platform on **July 7, 2020**, at **9:00 a.m.**  The conference may be accessed by telephone

by calling 888-363-4749 and using Access Code 4523890.

      SO ORDERED.

Dated: July 6, 2020
       New York, New York

*George B. Daniels*

            GEORGE B. DANIELS
            United States District Judge