**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -against-

ROMAN DEGTEV,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

ORDER

18 Cr. 509-30 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated during today's sentencing proceedings, Defendant is hereby sentenced to time served.

Dated: July 7, 2020
      New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge